# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 96-3500

_____

St. Paul Fire and Marine     *
Insurance Company,     *
    *
       Appellant,     *
    *    Appeal from the United States
    v.     *    District Court for the
    *    District of Minnesota.
Pharmacists Mutual Insurance     *       [UNPUBLISHED]
Company, an Iowa corporation,     *
    *
       Appellee.     *

_____

Submitted: March 13, 1997

Filed: April 3, 1997

_____

Before WOLLMAN and BEAM, Circuit Judges, and REASONER,[1] District
     Judge.

_____

PER CURIAM.

    This is an appeal from the summary judgment entered by the district
court[2] dismissing St. Paul Fire and Marine Insurance Company's claim
against Pharmacists Mutual Insurance Company for contribution to a
settlement.

_____

[1]The HONORABLE STEPHEN M. REASONER, Chief Judge, United States
District Court for the Eastern District of Arkansas, sitting by
designation.

[2]The Honorable David S. Doty, United States District Judge for
the District of Minnesota.

Having considered the arguments and briefs of the parties and having concluded than an extended opinion would have no precedential value in this diversity case, we affirm the judgment on the basis of the district court's thorough, well-reasoned memorandum opinion.  <u>See</u> 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.